IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| LEVEL 3 COMMUNICATIONS, LLC )<br>)<br>PLAINTIFF, )<br>)<br>v. )<br>)<br>SPECTRUM ENVIRONMENTAL )<br>SERVICES, INC., )<br>)<br>DEFENDANT. ) | CIVIL ACTION NO.<br>CV-08-CO-0110-S |

## ANSWER

COMES NOW the Defendant, Spectrum Environmental Services, Inc., and answers the complaint as follows:

1. Admitted.

2. Admitted.

3. Admitted.

4. Admitted.

5. Admitted.

6. Admitted.

7. This paragraph does not require a response by defendant.

8. Denied.

9. Denied.

10. Denied.

11. Denied.

12. This paragraph does not require a response by defendant.

13. Denied.

14.     Denied.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

Defendant hereby pleads contributory negligence.

### SECOND AFFIRMATIVE DEFENSE

Defendant hereby pleads "last clear chance" doctrine.

### THIRD AFFIRMATIVE DEFENSE

Defendant hereby pleads "superceding, intervening calls".

### FOURTH AFFIRMATIVE DEFENSE

Defendant hereby pleads "assumption of the risk".

                              s\Philip R. Collins
                              PHILIP R. COLLINS
                              JOSEPH R. DUNCAN, JR.
                              Attorneys for Spectrum Environmental Services, Inc.

OF COUNSEL:

HUIE, FERNAMBUCQ & STEWART, LLP
Protective Center Building 3, Suite 200
2801 Highway 280 South
Birmingham, Alabama 35223-2484
(205) 251-1193

### CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above and foregoing pleading on all attorneys of record by e-filing on this the 13th day of February, 2008:

Amelia T. Driscoll
Bradley Arant Rose & White, LLP
1819 Fifth Avenue North
Birmingham, Alabama 35203-2104
adriscoll@bradleyarant.com

                              s\ Philip R. Collins
                              OF COUNSEL