IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| LEVEL 3 COMMUNICATIONS, LLC ) | |
| ) | |
|     PLAINTIFF, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. |
| ) | CV-08-CO-0110-S |
| SPECTRUM ENVIRONMENTAL ) | |
| SERVICES, INC., ) | |
| ) | |
|     DEFENDANT. ) | |

## AMENDED ANSWER

COMES NOW the Defendant, Spectrum Environmental, Inc. (erroneously designated in the Complaint and in Defendant's original Answer as "Spectrum Environmental Services, Inc."), adopts its original answer and gives notice of the incorrect designation of the Defendant. Defendant further states as follows:

1. "Spectrum Environmental Services, Inc." is the parent company of "Spectrum Environmental, Inc.".

2. The contract under which the work that is the subject of this case was being done was between AM Castle Company and Spectrum Environmental, Inc.

3. Thus, this Defendant's proper legal designation is "Spectrum Environmental, Inc.".

                                                  s\Philip R. Collins
                                                  PHILIP R. COLLINS ASB–8162-L70P
                                                  JOSEPH R. DUNCAN, JR. ASB-8851-H35D
                                                  Attorneys for Spectrum Environmental, Inc.

OF COUNSEL:
HUIE, FERNAMBUCQ & STEWART, LLP
Protective Center Building 3, Suite 200
2801 Highway 280 South
Birmingham, Alabama 35223-2484
(205) 251-1193

## **CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the above and foregoing pleading on all attorneys of record by e-filing on this the 11th day of April, 2008:

Amelia T. Driscoll
Bradley Arant Rose & White, LLP
1819 Fifth Avenue North
Birmingham, Alabama 35203-2104
adriscoll@bradleyarant.com

Anthony J. Jorgenson
James J. Proszek
Hall Estill Hardwick Gable
Golden & Nelson, PC
320 S. Boston Avenue, Suite 400
Tulsa, OK 74103-3708
ajorgenson@hallestill.com
jproszek@hallestill.com

                                               s\ Philip R. Collins
                                               OF COUNSEL